UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 38105
  RANDY KOTELES
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-5127
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/13/04 and confirmed on 12/14/04.

    2.  The case was dismissed after confirmation, 05/08/2008.

    3.  The Debtor paid a total of $  12580.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 12313.92 | .00 | 10618.98 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | 1728.18 | .00 | .00 |
| SUBURBAN TRANSMISSION | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12313.92 | .00 | 1728.18 | .00 | 14042.10 |
| PRINCIPAL PAID | 10618.98 | .00 | .00 | .00 | 10618.98 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10618.98 | .00 | .00 | .00 | 10618.98 |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $  2200.00
and was paid $    750.00  direct and $   1450.00  through the plan.

The Trustee received $    511.02 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                                    PAGE   2
        CASE NO. 04 B 38105 RANDY KOTELES
```